HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
ALAN ALFONSO NOGUEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN ALFONSO NOGUEDA,<br><br>Petitioner,<br><br>vs.<br><br>People of California,<br><br>Respondent. | Case No. 2:14-cv-01045 GGH<br><br>STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING<br><br>Date: October 14, 2015<br>Time: 9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED by and between the Attorney General's Office for the State of California, through Deputy Attorney General Justain Riley, attorney for Respondent, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Alan Alfonso Nogueda, that the evidentiary hearing scheduled for October 14, 2015 be continued to January 6, 2016 at 9:00 a.m.

The continuance is necessary to allow for the completion of ongoing investigation on behalf of Mr. Nogueda.

//

//

//

//

DATED: September 24, 2015	Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for Alan Alfonso Nogueda

DATED: September 24, 2015

*/s/ Justain Paul Riley*
(as authorized on September 24, 2015)
JUSTAIN PAUL RILEY
Deputy Attorney General
Attorney for Respondent

## ORDER

IT IS HEREBY ORDERED that the evidentiary hearing scheduled for October 14, 2015 be continued to January 6, 2016, at 9:00 a.m.

DATED: September 25, 2015

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1Nogu1045.cont