KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
BRIAN G. SMILEY, State Bar No. 180658
Supervising Deputy Attorney General
JUSTAIN P. RILEY, State Bar No. 214920
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-8580
 Fax: (916) 324-2960
 E-mail: Justain.Riley@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALAN ALFONSON NOGUEDA,**<br><br>                              Petitioner,<br><br>       v.<br><br>**PEOPLE OF CALIFORNIA,**<br><br>                              Respondent. | 2:14-cv-01045-GGH<br><br>**STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING**<br><br>Dates:       December 17, 2015<br>                  January 6, 2016<br>Time:        9:00 a.m.<br>Courtroom: 9<br>Judge:       The Honorable Gregory G. Hollows |

IT IS HEREBY STIPULATED by and between the Attorney General's Office for the State of California, through Deputy Attorney General Justain Riley, attorney for Respondent, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Alan Alfonso Nogueda, that the hearing on Respondent's Motion for Reconsideration (Doc. 33) scheduled for December 17, 2015 be continued to February 18, 2016, and that the evidentiary hearing scheduled for January 6, 2015 be continued to April 6, 2016 at 9:00 a.m.

1

Petitioner's reasons for this request are as follows:

1. Petitioner Alan Nogueda requests a 60-day extension of the hearing on the Government's Motion for Reconsideration (Doc. No. 33) in order to allow counsel additional time to consult with Mr. Nogueda regarding his options in responding to the Government's motion. In light of the complex interplay between Mr. Nogueda's post-conviction proceedings and the law concerning when an evidentiary hearing may be obtained through federal habeas corpus review, the requested extension is warranted to ensure that his response to the Government's motion is fully developed.

2. Mr. Nogueda also requests a 90-day extension of the evidentiary hearing in order to (a) accommodate the schedule of the Government's prospective witness and (b) allow counsel for Mr. Nogueda additional time to further investigate facts that may be presented at an evidentiary hearing, including by seeking to contact certain jurors from his Yolo County trial who have not yet been reached despite the best efforts of counsel and an investigator.

Respondent's reasons for this request are as follows:

1. Respondent requests a 60-day extension of the hearing on the Motion for Reconsideration (Doc. No. 33) in order to allow Petitioner's counsel additional time to determine an appropriate response to the motion.

2. Respondent also requests a 90-day extension of the evidentiary hearing in order to (a) allow for the availability of a prospective witness and (b) obtain juror information and perform further investigation.

DATED: November 23, 2015                    Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/ Sean Riordan
                                            (as authorized on November 23, 2015)
                                            SEAN RIORDAN
                                            Assistant Federal Defender
                                            Attorney for Alan Alfonso Nogueda

/////

/////

2

DATED:  November 23, 2015

                  /s/ Justain Paul Riley
                JUSTAIN PAUL RILEY
                Deputy Attorney General
                Attorney for Respondent

## **ORDER**

IT IS HEREBY ORDERED that the hearing on Respondent's Motion for Reconsideration scheduled for December 17, 2015 is continued to February 18, 2016, at 9:00 a.m., and that the evidentiary hearing scheduled for January 6, 2016 be continued to April 6, 2016, at 9:00 a.m.

Dated: November 27, 2015

                /s/ Gregory G. Hollows
              HON. GREGORY G. HOLLOWS
              United States Magistrate Judge

Nogu1045.eot(2)

SA2014313396
32293741.doc

3